# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** KATHY J. EARNEST
- **Case Number:** 21-20703-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 30, 2021 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#2 - Final Confirmation of Plan Dated 3/26/2021 (NFC)
R / M #: 2 / 0

FILED
10/1/21 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Appearances:

Debtor: Wright
Trustee: Winnecour / ~~Warmbrodt~~ / Katz / DeSimone
Creditor: Jeff Hunt - W. Mifflin ASD

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/18/21 at 9:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: