IN THE UNITED STATES BANKRUPTCY COURT
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATHY J. EARNEST, ) | Chapter 13 |
| ) | |
| Debtor. ) | Case No.: 21-20703-GLT |
| _____ ) | |
| ) | |
| BOROUGH OF WEST MIFFLIN AND ) | |
| WEST MIFFLIN AREA SD, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| KATHY J. EARNEST, ) | |
| ) | |
| Respondent. | |

## WITHDRAWAL OF PROOF OF CLAIM #2-1

AND NOW, comes the Borough of West Mifflin and West Mifflin SD, secured creditor in the above-referenced Bankruptcy case, by and through its Counsel, Jeffrey R. Hunt, Esquire and GRB Law, and hereby file its withdrawal of Proof of Claim #2-1 filed on May 20, 2021, in the amount of $5,623.20 for delinquent earned income taxes for the tax years 2012-2014. The within Claim is being withdrawn because the Debtor has filed tax returns for 2012, 2013 and 2014 showing no income earned by Debtor for the years in question (2012, 2013 and 2014). Further, the earned income taxes that were due for the time period in question are attributable to income earned by Debtor's deceased husband.

Date:   February 8, 2022                                Respectfully Submitted,

                                                        GRB LAW


                                               By:    /s/ Jeffrey R. Hunt
                                                      Jeffrey R. Hunt, Esquire
                                                      Pa. I.D. #90342
                                                      525 William Penn Place
                                                      Suite 5110
                                                      Pittsburgh, PA  15219
                                                      (412) 281-0587
                                                      Attorney for Movant
                                                      jhunt@grblaw.com

2101452.1

IN THE UNITED STATES BANKRUPTCY COURT
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATHY J. EARNEST, ) | Chapter 13 |
| ) | |
| Debtor. ) | Case No.: 21-20703-GLT |
| _____ ) | |
| ) | |
| BOROUGH OF WEST MIFFLIN AND ) | |
| WEST MIFFLIN AREA SD, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| KATHY J. EARNEST, ) | |
| ) | |
| Respondent. | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM #2-1 has been served this 8th day of February, 2022 by first-class United States mail, postage prepaid, upon:

Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

GRB Law,

/s/ Jeffrey R. Hunt

Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219-6107
(412)281-0587
Attorney for Movant
jhunt@grblaw.com

2101452.1